IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EDWIN P. WILSON,<br><br>       Plaintiff,<br><br>v.<br><br>LAWRENCE BARCELLA, CHARLES A. BRIGGS, THEODORE S. GREENBERG, STEPHEN TROTT, DELWEN L. JENSEN, MARK M. RICHARD, JAMES L. POWERS, DANIEL K. HEDGES, JANE and JOHN DOES I-XX,<br><br>       Defendants. | Civil Action No. H-05-3646 |

**DECLARATION OF NICHOLAS STYANT-BROWNE IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

I, Nicholas Styant-Browne, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1.      I am counsel for the Plaintiff in this above-captioned action, and I am competent to testify to the matters contained herein.  I make this declaration in support of Plaintiff's Motion to Amend the Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of the First Amended Complaint that Plaintiff requests leave to file.

3.      Attached as Exhibit 2 is a true and correct copy of the stipulation between Plaintiff and the U.S. to substitute the U.S. as defendant to the intentional infliction of emotional distress claim and to amend the complaint to remove that claim.

-1-

-2-

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of all claims brought against Stanley Sporkin, filed with the Court on Feb. 16, 2006 (See Docket No. 44).

Executed this 31st day of March, 2006, at Seattle, Washington.

                                                                 /s/ **Nicholas Styant-Browne**
                                                                  Nicholas Styant-Browne

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing Declaration Of Nicholas Styant-Browne In Support Of Plaintiff's Motion to Amend the Complaint was electronically filed with the Court and served on counsel for the parties via electronically and U.S. First Class Mail on this 31 day of March, 2006 to:

| | |
|---|---|
| Deborah J. Jeffrey<br>Zukerman Spaeder<br>1800 M. Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Tel.: 202-778-1827<br>Fax: 202-822-8106<br><br>Melinda M. Sarafa<br>Zuckerman Spaeder LLP<br>1114 Avenue of the Americas, 41st Fl.<br>New York, NY 10036<br>Email: msarafa@zuckerman.com<br>Tel.: 212-704-4347<br>Fax: 212-704-4256 | Counsel for Defendant Lawrence Barcella |
| Anthony A. Lapham<br>Goodwin Procter, LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>Email: alapham@goodwinprocter.com<br>Tel.: 202-346-4105 | Counsel for Defendant Charles A. Briggs |
| Robert S. Bennett<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue NW<br>Washington, DC 20005<br>Email: rbennett@skadden.com<br>Tel.: 202-371-7180<br>Fax: 202-661-8205 | Counsel for Defendant Theodore Greenberg |
| Charles W. Schwartz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1600 Smith Street, Suite 4400<br>Houston, TX 77002<br>Email: schwartz@skadden.com | Counsel for Defendant Theodore Greenberg |

| | |
|---|---|
| Charles W. Blau<br>Meadows Owens Collier Reed<br>901 Main, Suite 3700<br>Dallas, TX 75202<br>Email: cblau@meadowsowens.com<br>Tel.: 214-744-3700 | Counsel for Defendant Delwen Lowell Jensen |
| Theodore B. Olson<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 20036<br>Email: TOlson@gibsondunn.com<br>Tel.: 202-955-8668<br>Fax: 202-530-9575 | Counsel for Defendant Stephen Trott |
| M. Sean Royall<br>Gibson, Dunn & Crutcher LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Email: knelson@gibsondunn.com<br>Tel.: 214-698-3100<br>Fax: 214-698-3400 | Counsel for Defendant Stephen Trott |
| Robert S. Litt<br>Arnold & Porter LLP<br>555 Twelfth Street NW<br>Washington, DC 20004<br>Email: Robert.Litt@porter.com<br>Tel.: 202-942-6380<br>Fax: 202-942-5999 | Counsel for Defendant Mark Richard |
| Henry James Fasthoff IV<br>Stumpf Craddock Massey Farrimon<br>1400 Post Oak Blvd., Suite 400<br>Houston, TX 77056<br>Email: hfasthoff@scmfpc.com | Counsel for Defendant Mark Richard |
| Lawrence David Finder<br>Haynes & Boone LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>Email: Lawrence.finder@haynesboone.com<br>Tel: 713-547-2000<br>Fax: 713-547-2600 | Counsel for Defendants James L. Powers and Daniel K. Hedges |

                                      s/ Steve W. Berman
                                      Steve W. Berman
                                      Hagens Berman Sobol Shapiro LLP