IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWIN P. WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-3646 |
| | § | |
| LAWRENCE BARCELLA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with this court's memorandum and opinion entered even date, this court dismisses Edwin Wilson's claims in this civil action, with prejudice.

This is a final judgment.

SIGNED on March 29, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge